# State of Rhode Island and Providence Plantations

## SUPERIOR COURT

[X] PROVIDENCE/BRISTOL [ ] KENT [ ] WASHINGTON [ ] NEWPORT

CIVIL ACTION, FILE No. 07-1696

MAJED MELL
Plaintiff

MERCK & CO., INC., ALIAS ET AL
Defendant

***Summons***

*To the above-named Defendant:* Merck & Co., Inc. afs: CT Corporation System, 10 Weybosset Street, Providence, RI 02903

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Plaintiff's attorney, whose address is Christopher E. Fay, Esq. #4651 917 Reservoir Avenue, Cranston, RI 02910 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you,exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

2007 APR 10 P 2:55 CLERK

CLERK

True Copy Attest

Dated:

(Seal of the Superior Court)

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island

S- 135 (REV. 10/00)

# State of Rhode Island and Providence Plantations

Prov ........SC

## PROOF OF SERVICE

I hereby certify that on the ....3.... day of ....April 2007.... I served a copy of this summons and a copy of the complaint received therewith upon ....Merck Co Inc....

..........

in the following manner:

By delivering a copy of the summons and complaint to him/her personally.

By leaving a copy of the summons and complaint at his/her dwelling house, ..........

.......... (Address), with a person of suitable age and discretion then residing therein.

By leaving a copy of the summons and complaint at his/her usual place of abode, ..........

.........., with a person of suitable age and discretion then residing therein.

✓ By delivering a copy of the summons and complaint to an agent authorized by appointment or by law to receive service of process, namely ....Ct Corp 10 Weybosset St Prov....

such agent being one designated by statute to receive service, further notice as the statute requires was given as follows:

..........

..........

..........

Sheriff's Fees

Travel .......... $..........

Service .......... $..........

$....35....

Edwin J. Semper, Jr.
R.I. Constable
Lic. #6105

[signature] ~~Deputy Sheriff~~

NOTE: Returnable to Plaintiff's Attorney forthwith after service. Proof of service to be filed within time during which the person served must respond.

ATTORNEY FOR PLAINTIFF

VS

SUPERIOR COURT

SUMMONS

FILE NO. ..........

CIVIL ACTION

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

MAJED MELL

VS.

C.A. NO: 07- 1696

MERCK & CO., INC., ALIAS
And/or DOE CORPORATION,
ALIAS and/or JOHN DOE and/or
JANE DOE, ALIAS individually as
agents of MERCK & CO., INC.
and/or Doe Corporation, Alias

**COMPLAINT**

COUNT I

1. The Plaintiff, Majed Mell, is a resident of the City of Providence, County of Providence, State of Rhode Island.

2. The Defendant, Merck & Co., Alias upon information and belief is a foreign corporation authorized to do business in the State of Rhode Island and operating pursuant to Rhode Island Law with sufficient minimum contacts to assert jurisdiction.

3. The Defendant, Doe Corporation, Alias whose identity is presently unknown but expected to he revealed through discovery is upon information and belief a corporation and/or business entity with sufficient minimum contacts with the State of Rhode Island to satisfy an assertion of jurisdiction.

4. The Defendants, John Doe, Alias and/or Jane Doe, Alias whose identities are presently unknown but expected to be revealed through discovery are upon information and belief individuals with sufficient minimum contacts with the State of Rhode Island to satisfy an assertion of jurisdiction and are being sued individually and in their capacity as agents of Defendant, Merck & Co., Alias, and/or Doe Corporation, Alias.

5. On or about September 1, 2004, the Plaintiff, Majed Mell, sustained personal injuries as a result of the negligence of Defendant(s) causing him medical expenses and treatment and pain and suffering.

WHEREFORE, the Plaintiff demands judgment against Defendant(s), joint and severally plus interest, costs, and all other relief this Honorable Court deems just and proper.

COUNT II

6. The Plaintiff, Majed Mell reasserts Paragraphs one through five of this complaint as if fully set forth herein.

FILED
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

7. On or about September 1, 2004 Plaintiff, Majed Mell sustained personal injuries as a result of taking a defective product namely Vioxx, that was retailed and/or distributed and/or Manufactured by Defendant(s).

WHEREFORE, the Plaintiff demands judgment against Defendant(s), joint and severally plus interest, costs, and all other relief this Honorable Court deems just and proper.

MAJED MELL,
By his attorney,

FAY LAW ASSOCIATES, INC. by
Christopher E. Fay, Esq. #4651
917 Reservoir Avenue
Cranston, RI 02910
(401) 944-9600

**PLAINTIFF DEMANDS TRIAL BY JURY**

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island