STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

CIVIL DOCKET SHEET

Case ID: PC-2007-1696 MAJED MELL V MERCK AND CO INC

Filing Date: 03-30-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: MALPRACTICE/MEDICAL
Status Date: 04-20-2007

Plaintiff: MAJED MELL
ID: @10897167

Attorney: CHRISTOPHER FAY

Defendant: MERCK AND CO INC
ID: @10897168

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 03-30-2007 | COMPLAINT FILED | |
| 03-30-2007 | INITIAL FILING FEE | |
| 03-30-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP245828. |
| 04-10-2007 | SUMMONS | Affiliated: MERCK AND CO INC |
| 04-10-2007 | PROOF OF SERVICE FILED | SERVED MERCK & CO |
| 04-20-2007 | NOTICE OF REMOVAL | |
| 04-20-2007 | CASE REMVD TO US DISTRICT CT | |
| 04-20-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island