EXHIBIT A

STATE OF RHODE ISLAND
PROVIDENCE, SC

SUPERIOR COURT

MAJED MELL

VS.

C.A. NO: 07- 1696

MERCK & CO., INC., ALIAS
And/or DOE CORPORATION,
ALIAS and/or JOHN DOE and/or
JANE DOE, ALIAS individually as
agents of MERCK & CO., INC.
and/or Doe Corporation, Alias

**COMPLAINT**

COUNT I

1. The Plaintiff, Majed Mell, is a resident of the City of Providence, County of Providence, State of Rhode Island.

2. The Defendant, Merck & Co., Alias upon information and belief is a foreign corporation authorized to do business in the State of Rhode Island and operating pursuant to Rhode Island Law with sufficient minimum contacts to assert jurisdiction.

3. The Defendant, Doe Corporation, Alias whose identity is presently unknown but expected to he revealed through discovery is upon information and belief a corporation and/or business entity with sufficient minimum contacts with the State of Rhode Island to satisfy an assertion of jurisdiction.

4. The Defendants, John Doe, Alias and/or Jane Doe, Alias whose identities are presently unknown but expected to be revealed through discovery are upon information and belief individuals with sufficient minimum contacts with the State of Rhode Island to satisfy an assertion of jurisdiction and are being sued individually and in their capacity as agents of Defendant, Merck & Co., Alias, and/or Doe Corporation, Alias.

5. On or about September 1, 2004, the Plaintiff, Majed Mell, sustained personal injuries as a result of the negligence of Defendant(s) causing him medical expenses and treatment and pain and suffering.

WHEREFORE, the Plaintiff demands judgment against Defendant(s), joint and severally plus interest, costs, and all other relief this Honorable Court deems just and proper.

COUNT II

6. The Plaintiff, Majed Mell reasserts Paragraphs one through five of this complaint as if fully set forth herein.

True Copy Attest

FILED

Office of Clerk of Superior Court,
Counties of Providence & Bristol
Providence, Rhode Island

2007 MAR 20

7. On or about September 1, 2004 Plaintiff, Majed Mell sustained personal injuries as a result of taking a defective product namely Vioxx, that was retailed and/or distributed and/or Manufactured by Defendant(s).

WHEREFORE, the Plaintiff demands judgment against Defendant(s), joint and severally plus interest, costs, and all other relief this Honorable Court deems just and proper.

MAJED MELL,
By his attorney,

FAY LAW ASSOCIATES, INC. by
Christopher E. Fay, Esq. #4651
917 Reservoir Avenue
Cranston, RI 02910
(401) 944-9600

**PLAINTIFF DEMANDS TRIAL BY JURY**

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence Rhode Island