# UNITED STATES OF AMERICA
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CHAIRMAN:
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

MEMBERS:
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

DIRECT REPLY TO:

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

May 31, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

(See Attached CTO-98)

Dear Ms. Whyte:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 15, 2007. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

**The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By [signature]
Docket Specialist

Attachments

cc: Transferee Judge: Judge Eldon E. Fallon
Transferor Judges: (See Attached List of Judges)
Transferor Clerks: (See Attached List of Clerks)

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 15 2007

FILED
CLERK'S OFFICE

***DOCKET NO. 1657***

## *BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

## *IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

***(SEE ATTACHED SCHEDULE)***

## *CONDITIONAL TRANSFER ORDER (CTO-98)*

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,142 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

**Inasmuch as no objection is pending at this time, the stay is lifted.**

MAY 31 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

# SCHEDULE CTO-98 - TAG-ALONG ACTIONS
# DOCKET NO. 1657
# IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| **DIST. DIV. C.A. #** | | | **CASE CAPTION** |
|---|---|---|---|
| FLORIDA SOUTHERN | | | |
| FLS | 1 | 07-21046 | Julio Davila, et al. v. Merck & Co., Inc. |
| MARYLAND | | | |
| MD | 1 | 07-1021 | Shirley Jean Witt, et al. v. Merck & Co., Inc. |
| MD | 1 | 07-1022 | Ruby Stubbs-Sample, et al. v. Merck & Co., Inc. |
| MAINE | | | |
| ME | 2 | 07-74 | Joseph Connell v. Merck & Co., Inc. |
| NEVADA | | | |
| ~~NV~~ | ~~2~~ | ~~07-470~~ | ~~Richard Booth, et al. v. Merck & Co., Inc., et al.~~ **OPPOSED 5/23/07** |
| NEW YORK EASTERN | | | |
| NYE | 1 | 07-1356 | Elizabeth Alexander v. Merck & Co., Inc. |
| NYE | 1 | 07-1575 | Gloria Marie-Rubin, et al. v. Merck & Co., Inc. |
| NEW YORK SOUTHERN | | | |
| NYS | 1 | 07-2666 | Francesco Ricci, et al. v. Merck & Co., Inc. |
| NYS | 1 | 07-2674 | Johen Manuel Rodriguez v. Merck & Co., Inc. |
| NYS | 1 | 07-3292 | Dennis Rini, etc. v. Merck & Co., Inc. |
| NYS | 1 | 07-3333 | Pellumb Kulla, et al. v. Merck & Co., Inc. |
| PENNSYLVANIA WESTERN | | | |
| PAW | 1 | 07-87 | Alice Speed v. Merck & Co., Inc. |
| RHODE ISLAND | | | |
| RI | 1 | 07-145 | Majed Mell v. Merck & Co., Inc. |
| SOUTH CAROLINA | | | |
| SC | 4 | 07-1052 | Patricia Ridgle v. Merck & Co., Inc. |
| SC | 6 | 07-1076 | James E. French, et al. v. Merck & Co., Inc. |
| TEXAS SOUTHERN | | | |
| TXS | 4 | 07-1358 | Shirley Kelly v. Merck & Co., Inc. |
| TXS | 4 | 07-1380 | Petra G. Mitchell v. Merck & Co., Inc. |
| WASHINGTON WESTERN | | | |
| WAW | 3 | 07-5199 | Mary R. Dalrymple, et al. v. Merck & Co., Inc. |

# INVOLVED COUNSEL LIST (CTO-98)
# DOCKET NO. 1657
# IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

David F. Albright, Jr.
Bennett & Albright, PA
200 Court Square Building
200 E. Lexington Street
Baltimore, MD 21202

Robert D. Becker
Becker & D'Agostino, PC
880 Third Avenue
New York, NY 10022

Reginald C. Brown, Jr.
Hyman Law Firm
P.O. Box 1770
Florence, SC 29503

Christine K. Bush
Duffy, Sweeney & Scott, Ltd.
One Turks Head Place
Suite 1200
Providence, RI 02903

S. Tessie Corbin
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104-2808

Robert W. Cottle
Mainor Eglet Cottle, LLP
400 South Fourth Street
Suite 600
Las Vegas, NV 89101

Dan Cytryn
Cytryn & Santana
8100 North University Drive
Suite 202
Tamarac, FL 33321

Christopher E. Fay
Fay Law Associates Inc.
917 Reservoir Avenue
Cranston, RI 02910

Julie Ferraro
Brent Coon & Associates
277 Dartmouth Street
Boston, MA 02116

Marion S. Fowler, III
Fowler Law Firm
P.O. Box 1719
Lake City, SC 29560

Steven Guinn
Laxalt & Nomura, Ltd.
9600 Gatewat Drive
Reno, NV 89521

H. Blair Hahn
Richardson Patrick Westbrook & Brickman, LLC
P.O. Box 1007
Mt. Pleasant, SC 29465

Anthony C. Hayes
Nelson Mullins Riley & Scarborough
P.O. Box 11070
Columbia, SC 29211

Vilia B. Hayes
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

Russ M. Herman
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Douglas A. Hofmann
Williams, Kastner & Gibbs
P.O. Box 21926
601 Union Street
Suite 4100
Seattle, WA 98111-3926

Anthony Irace
Law Office of Joseph Bornstein
5 Moulton Street
P.O. Box 4686
Portland, ME 04112

Norman C. Kleinberg
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

Michael A. London
Douglas & London, P.C.
111 John Street
Suite 1400
New York, NY 10038

Gerry Lowry
Fulbright & Jaworski, L.L.P.
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095

John B. Loyd
Jones Gillaspia, et al.
1400 Post Oak Boulevard, Suite 800
Houston, TX 77056

Donald R. Moorhead
880 South Pleasantburg Drive
Suite 3A
Greenville, SC 29603

John Brian T. Murray
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198

Rolf L. Patberg
Patberg, Carmody & Ging
Deutschtown Center
801 Vinial Street
Third Floor
Pittsburgh, PA 15212

Robb W. Patryk
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482

Kristina Pickering
Morris, Pickering & Peterson
900 Bank of America Plaza
300 South Fourth Street
Las Vegas, NV 89101

John S. Rand
Clark, Gagliardi & Miller, P.C.
99 Court Street
White Plains, NY 10601

Roger S. Wilson, Jr.
R.S. Wilson, Inc.
918 North Yakima
Tacoma, WA 98403

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann
546 Carondelet Street
New Orleans, LA 70130-3588

Glenn Adam Zuckerman
Weitz & Luxenberg, P.C.
180 Maiden Lane
New York, NY 10005

# INVOLVED JUDGES LIST (CTO-98)
# DOCKET NO. 1657
# IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Franklin D. Burgess
Senior U.S. District Judge
3124 United States Courthouse
1717 Pacific Avenue
Tacoma, WA 98402

Hon. George B. Daniels
U.S. District Judge
630 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Hon. Andre M. Davis
U.S. District Judge
5B Edward A. Garmatz Federal Building
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2615

Hon. Vanessa D. Gilmore
U.S. District Judge
9513 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. John Gleeson
U.S. District Judge
727 S U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. D. Brock Hornby
U.S. District Judge
Edward T. Gignoux Federal Courthouse
156 Federal Street
Portland, ME 04101

Hon. Lynn N. Hughes
U.S. District Judge
11122 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Sterling Johnson, Jr.
Senior U.S. District Judge
720 S United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

~~Hon. James C. Mahan~~
~~U.S. District Judge~~
~~6085 Lloyd D. George U.S. Courthouse~~
~~333 Las Vegas Boulevard South~~
~~Las Vegas, NV 89101~~

Hon. Jose E. Martinez
U.S. District Judge
Federal Courthouse Square
Third Floor
301 North Miami Avenue
Miami, FL 33128

Hon. Sean J. McLaughlin
U.S. District Judge
17 South Park Row
Room A-250
Erie, PA 16501

Hon. William D. Quarles, Jr.
United States District Court
Edward A. Garmatz Fed. Bldg. & U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

Hon. Laurel Taylor Swain
U.S. District Court
755 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Robert W. Sweet
Senior U.S. District Judge
1920 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Kimba M. Wood
Chief Judge, U.S. District Court
1610 Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Hon. Ernest C. Torres
Senior U.S. District Judge
219 Federal Building &
U.S. Courthouse
One Exchange Terrace
Providence, RI 02903-1270

Hon. Joseph F. Anderson, Jr.
Chief Judge, U.S. District Court
Matthew J Perry Jr. U.S. Courthouse
3rd Floor
901 Richland Street
Columbia, SC 29201

**INVOLVED CLERKS LIST (CTO-98)**
**DOCKET NO. 1657**
**IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Clarence Maddox, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

William S. Brownell, Clerk
Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, ME 04101

~~Lance S. Wilson, Clerk~~
~~Lloyd D. George U.S. Courthouse~~
~~333 Las Vegas Boulevard, South~~
~~Las Vegas, NV 89101~~

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

J. Michael McMahon, Clerk
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007-1312

Robert V. Barth, Jr., Clerk
U.S. District Court
P.O. Box 1820
Erie, PA 16507-0820

David A. DiMarzio, Clerk
356 John O. Pastore Federal Building
Two Exchange Terrace
Providence, RI 02903

Larry W. Propes, Clerk
P.O. Box 2317
Florence, SC 29503-2317

Larry W. Propes, Clerk
P.O. Box 10768
Greenville, SC 29603-0768

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

Bruce Rifkin, Clerk
3100 U.S. Courthouse
1717 Pacific Avenue
Tacoma, WA 98402